UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEE MICHAEL SCHULTZ,<br><br>*Petitioner*,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>*Respondents*. | Case No. 2:15-cv-02325-RFB-CWH<br><br>**ORDER** |

Court mail has been returned from the last institutional address given by petitioner with a notation indicating that he no longer is at the institution. (See ECF No. 3.) The inmate locator on the state corrections department's website also reflects that petitioner has been released. Petitioner has not filed an updated notice of change of address. As petitioner has failed to comply with Local Rule LR IA 3-1, which requires that he immediately file written notification of any change of address,

IT THEREFORE IS ORDERED that this action shall be dismissed without prejudice.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice. The Clerk of the Court is instructed to close this case.

DATED: March 26, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge